**1291 AURORA IRON MINING CO. vs. BOARD OF REVIEW (Ironwood), No. 12886½.**

To revise an assessment roll, on the ground that the assessment of petitioner's property is excessive and above its cash value, while other property specified is assessed at a sum much below its cash value.

Order to show cause denied June 15, 1892.